# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| DENISE PAYNE and NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., <br>     Plaintiffs, <br><br> v. <br><br> SEARS, ROEBUCK and CO., *a Foreign Corporation*, <br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE** <br> **5:11CV-614-D** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the Court does not have subject-matter jurisdiction over Plaintiffs' claims and GRANTS Defendant's Motion to Dismiss [D.E. 9].

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **May 31, 2012** WITH A COPY TO:

Christopher D. Lane (CM/ECF electronic notification)
Gregory P. McGuire (via CM/ECF electronic notification)


| | |
|---|---|
| May 31, 2012 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |

Raleigh, North Carolina