# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| DENISE PAYNE and NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SEARS, ROEBUCK and CO., )<br>*a Foreign Corporation*, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**5:11CV-614-D** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the Court does not have subject-matter jurisdiction over Plaintiffs' claims and GRANTS Defendant's Motion to Dismiss [D.E. 9].

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **May 31, 2012** WITH A COPY TO:

Christopher D. Lane (CM/ECF electronic notification)
Gregory P. McGuire (via CM/ECF electronic notification)


May 31, 2012                                    JULIE A. RICHARDS, Clerk
Date                                                  Eastern District of North Carolina


                                                        /s/ Debby Sawyer
                                                        (By) Deputy Clerk

Raleigh, North Carolina

Page 1 of 1
Case 5:11-cv-00614-D   Document 17   Filed 05/31/12   Page 1 of 1